1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| TIEN TIEN FOOD COMPANY, INC. a California corporation<br><br>       Plaintiff,<br><br>   vs.<br><br>GATE GOURMET, INC., a Delaware corporation; and DOES 1 through 50<br><br>       Defendants. | CASE NO. 4:11-cv-5272 CW<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT GATE GOURMET, INC.'S MOTION TO TRANSFER PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(3)** |

19

20

21

22

23

24

25

26

27

28

1    Defendant Gate Gourmet, Inc.'s Motion to Dismiss or Transfer Plaintiff's Complaint

2   Pursuant to Fed. R. Civ. P. 12(b)(3) or, in the Alternative, To Dismiss Pursuant to Fed. R. Civ. P.

3   12(b)(6) (the "Motion") came on regularly for hearing before this Court on January 19, 2012.  The

4   appearances of counsel for the parties were made and noted on the record.

5    After full consideration of the written evidence and arguments submitted by the parties, the

6   Court's records and files on this action, and the oral arguments of the parties' counsel, IT IS

7   HEREBY ORDERED AS FOLLOWS:

8    1.    The Motion shall be and hereby is GRANTED.

9                        *[and]*

10

11   2.    Plaintiff's Complaint is transferred to the Eastern District of Virginia pursuant to

12   Fed. R. Civ. P. 12(b)(3).

13

14    IT IS SO ORDERED.

15

16   Dated:   1/23/2012

17                              HONORABLE CLAUDIA WILKEN
                               UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

~~PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION TO ~~DISMISS OR~~ TRANSFER PLAINTIFF'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(3) OR, IN THE ALTERNATIVE, TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)