UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIEN TIEN FOOD COMPANY, INC. a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>GATE GOURMET, INC., a Delaware corporation; and DOES 1 through 50<br><br>Defendants. | CASE NO. 4:11-cv-5272 CW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT GATE GOURMET, INC.'S MOTION ~~TO~~ TRANSFER PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(3) |

---

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO ~~DISMISS OR~~ TRANSFER PLAINTIFF'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(3) OR, IN THE ALTERNATIVE, TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Gate Gourmet, Inc.'s Motion to Dismiss or Transfer Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(3) or, in the Alternative, To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") came on regularly for hearing before this Court on January 19, 2012. The appearances of counsel for the parties were made and noted on the record.

After full consideration of the written evidence and arguments submitted by the parties, the Court's records and files on this action, and the oral arguments of the parties' counsel, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion shall be and hereby is GRANTED.

*[and]*

2. Plaintiff's Complaint is transferred to the Eastern District of Virginia pursuant to Fed. R. Civ. P. 12(b)(3).

IT IS SO ORDERED.

Dated: 1/23/2012

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

1
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR TRANSFER PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(3) OR, IN THE ALTERNATIVE, TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)